IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 3:24-cr-166 |
| | ) |
| v. | ) Conspiracy to Distribute and Possess with |
| | ) the Intent to Distribute 5 Kilograms or |
| GREGG LOUIS GAMBLE, | ) More of Cocaine Hydrochloride |
| | ) 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) |
| Defendant. | ) (Count One) |
| | ) |
| | ) Possession with the Intent to Distribute 500 |
| | ) Grams or More of Cocaine Hydrochloride |
| | ) 21 U.S.C. §§ 841(a)(1), (b)(1)(B) |
| | ) (Count Two) |
| | ) |
| | ) Possession of Firearms by a Convicted |
| | ) Felon |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) (Count Three) |
| | ) |
| | ) Forfeiture Notice |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**

(Conspiracy to Distribute and Possess with the Intent to Distribute 5 Kilograms or
More of Cocaine Hydrochloride)

From at least in or about summer 2023, the exact date being unknown, and continuously thereafter up until September 13, 2024, in the Eastern District of Virginia, the defendant, GREGG LOUIS GAMBLE, along with unindicted co-conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, to commit the following offenses against the United States: to knowingly and intentionally distribute and possess with the intent to distribute 5 kilograms or more of a mixture and substance containing a

detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

(In violation of Title 21, United States Code, Section 846.)

## COUNT TWO
(Possession with the Intent to Distribute 500 Grams or More of Cocaine Hydrochloride)

On or about September 13, 2024, in the Eastern District of Virginia, the defendant, GREGG LOUIS GAMBLE, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).)

## COUNT THREE
(Possession of Firearms by a Convicted Felon)

On or about September 13, 2024, in the Eastern District of Virginia, the defendant, GREGG LOUIS GAMBLE, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: (1) a Smith & Wesson, Model M&P 40, .40 caliber semi-automatic pistol, bearing serial number HRL4961; and (2) a Bushmaster, Model XM15-E2S, .223 caliber rifle, bearing serial number L188757; in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offenses alleged in Counts One or Two of this Information, he shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result

of the offenses charged; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged.

The defendant is further notified that upon conviction of the offense charged in Count Three of this Information, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to:

(1) $161,020 in United States Currency;

(2) a Smith & Wesson, Model M&P 40, .40 caliber semi-automatic pistol, bearing serial number HRL4961;

(3) a Bushmaster, Model XM15 E2S, .223 caliber rifle, bearing serial number L188757; and

(4) all accompanying magazines and ammunition.

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853).

JESSICA D. ABER
United States Attorney

By: *Jessica L. Wright*
Jessica L. Wright
Assistant United States Attorney
Ellen V. Hubbard
Special Assistant United States Attorney